**Order entered December 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01301-CR

**JATERRIAN DIQUAN TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76025-P**

## ORDER

The Court **ORDERS** court reporter Lisabeth Kellet to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 2, the in-car video.

We **DIRECT** the Clerk to send copies of this order to Lisabeth Kellet, official court reporter, 203rd Judicial District Court, and to counsel for all parties.

/s/     ADA BROWN
JUSTICE